IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

YAMILKA RIVERA CERPA

DEBTOR

CASE NO. 14-05736-MCF

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, YAMILKA RIVERA CERPA,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated October 23, 2014, herewith and attached to this motion.

2. This proposed amended Plan is filed to increase Plan payments upon maturity date of debtor's retirement loan on September, 2016 and cure the "insufficiently funded" issue raised by the Trustee in his unfavorable report, docket #15.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated October 23, 2014.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Yamilka Rivera Cerpa, and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 23rd day of October, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR  00726
TEL. NO. (787) 744-7699
EMAIL: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:

RIVERA CERPA, YAMILKA
Debtor(s)

Case No. 3:14-bk-5736

Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 10/23/2014
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 430.00 x 1 = $ 430.00
$ 480.00 x 11 = $ 5,280.00
$ 580.00 x 14 = $ 8,120.00
$ 730.00 x 34 = $ 24,820.00
$ ___ x ___ = $ ___

TOTAL: $ 38,650.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
___
___
☐ Other:
___
___

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 38,650.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,893.00

Signed: /s/ YAMILKA RIVERA CERPA
Debtor

___
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular De P**  Cr. ___  Cr. ___
# Claim 1-1    # ___    # ___
$ 19,246.07   $ ___    $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ___
5. ☐ Other: ___
6. ☑ Debtor otherwise maintains regular payments directly to:
Banco Popular De P
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**    Phone: (787) 744-7699

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-05736-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Thu Oct 23 15:45:30 AST 2014 | BANCO POPULAR DE PUERTO RICO<br>COLON SANTANA & ASOCIADOS CSP<br>315 COLL & TOSTE<br>SAN JUAN, PR 00918-4026 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Asociacion Empleados ELA<br>PO Box 364508<br>San Juan, PR 00936-4508 | Banco Popular De Puerto Rico<br>PO Box 363228<br>San Juan, PR 00936-3228 | Coop A/C Oriental<br>PO Box 876<br>Humacao, PR 00792-0876 |
| Sistema De Retiro<br>PO Box 42003<br>San Juan, PR 00940-2203 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | YAMILKA RIVERA CERPA<br>APRIL GARDENS<br>0 1PRINCIPAL STREET<br>LAS PIEDRAS, PR 00771 | End of Label Matrix<br>Mailable recipients   10<br>Bypassed recipients    0<br>Total                 10 |